**RECOMMENDATION TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

FILED

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

2005 DEC 22  P 4: 25

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Docket Number: 1:99CR05052-001 OWW |
| vs. | ) |
| Nazai Ayish | ) |

## LEGAL HISTORY:

On February 7, 2000, the above named was placed on supervised release for a term of 3 years, which commenced on October 31, 2003. Special conditions included requirements that he submit to search and seizure, provide the probation office with access to any financial information, could not possess any paging device or cellular phone, and a requirement that he register as a narcotics offender.

## SUMMARY OF COMPLIANCE:

The defendant has complied with all the conditions and special conditions of supervised release and has not been involved in any further criminal activities. Furthermore, it should be noted the defendant has received disability benefits since his release on supervision and is married with three children. It is the opinion of the Probation Officer that he has derived the maximum benefit from supervision and is not in need of continued supervision.

## RECOMMENDATION:

It is, therefore, respectfully recommended that the defendant in this case be terminated early.

Submitted by: _____  Date: December 5, 2005
Tim Mechem
United States Probation Officer
Fresno, California

Approved by: _____
Bruce A. Vasquez
Supervising United States Probation Officer

cc:   Kathleen A. Servatius, AUSA (Pursuant to Rule 32.1[b] notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the Probation Officer's recommendation and Probation Form 35, Report and Order terminating probation release Prior to Original Expiration Date, will be submitted to the Court for approval.)

Rev. 05/2000
EARLITRM.MRG

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | Docket Number: 1:99CR05052-001 OWW |
| ) | |
| **Nazai Ayish** ) | |
| ) | |

On February 7, 2000, the above named was placed on supervised release for a term of 3 years, which commenced on October 31, 2003. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Tim Mechem
United States Probation Officer

Reviewed by:

Bruce A. Vasquez
Supervising United States Probation Officer

## ORDER OF COURT

It is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 21st day of December, 2005.

Oliver W. Wanger
United States District Court Judge

cc: Assistant United States Attorney

Rev. 08/2000
PROB35.MRG